Henry HILL, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 61998.

Missouri Court of Appeals,
Eastern District,
Division One.

March 30, 1993.

Elizabeth Haines, St. Louis, for movant, appellant.

Michael J. Runzi, Office of Atty. Gen., Jefferson City, for respondent, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion after a *Luleff* hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons

for this order affirming the judgment pursuant to Rule 84.16(b).